**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

FREE SPEECH COALITION,
INC, *et al.*,
          *Plaintiffs-Appellees*,

v.

TODD ROKITA, in his official
capacity as the Attorney General
of the State of Indiana,

          *Defendant-Appellant.*

No. 24-2174

**JOINT STATUS REPORT**

Pursuant to this Court's August 16, 2024 order, Doc. 16, Plaintiffs-Appellees and Defendant-Appellant submit this joint status report.

This appeal arises from a preliminary injunction that enjoined enforcement of an Indiana law that requires certain websites with sexually explicit content to verify the ages of visitors to those sites. On August 16, 2024, the Court stayed the injunction and stayed briefing in this appeal pending the Supreme Court's decision in *Free Speech Coalition, Inc., et al., v. Paxton*, No. 23-1122 (U.S.). Doc. 16 at 2. The

1

Court ordered the parties to file status reports within 14 days of the Supreme Court's ruling. *Id.*

On June 27, 2025, the Supreme Court decided *Paxton*. The decision held that the age-verification provisions of Texas H.B. 1181, which "require[] certain commercial websites that publish sexually explicit content to verify the ages of their visitors," survived intermediate scrutiny and noted that Indiana's law is "materially similar." *Free Speech Coalition, Inc. v. Paxton*, No. 23-1122, 2025 WL 1773625, at *3–4 (U.S. June 27, 2025).

In light of the Supreme Court's decision, the parties agree the district court's grant of a preliminary injunction should be summarily reversed and the preliminary injunction vacated.

Respectfully submitted,

/s/ Kian Hudson (with permission)
Kian Hudson
Kian.hudson@btlaw.com
BARNES & THORNBURG LLP
11 S Meridian St
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Fax: (317) 231-7433

*Counsel for Plaintiffs-Appellees Free Speech Coalition, Inc., Aylo Premium Ltd, Aylo Freesites Ltd, WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., Sonesta Media, s.r.o., Yellow Production, s.r.o., Paper Street Media, LLC, Neptune Media, LLC, MediaME SRL, and Midus Holdings, Inc.*

Derek L. Shaffer
derekshaffer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Michael T. Zeller
Diane Cafferata
Arian Koochesfahani
michaelzeller@quinnemanuel.com
dianecafferata@quinnemanuel.com
ariankoochesfahani@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP

THEODORE E. ROKITA
Indiana Attorney General

/s/ James A. Barta
JAMES A. BARTA
Solicitor General

Jenna M. Lorence
Deputy Solicitor General

Katelyn E. Doering
Deputy Attorney General

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

*Counsel for Defendant-Appellant*

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel.: (213) 443-3000
Fax: (213) 443-3100

Taylor E. Comerford
taylorcomerford@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave Suite 520
Boston, MA 02199
Tel.: (617) 712-7100
Fax: (617) 712-7200

Jeffrey Keith Sandman
jeff.sandman@webbdaniel.law
WEBB DANIEL FRIEDLANDER LLP
5208 Magazine St Ste 364
New Orleans, LA 70115
Telephone: (978) 886 0639

*Counsel for Plaintiffs-Appellees  Free
Speech Coalition, Inc., Aylo Premium
Ltd, Aylo Freesites Ltd, Yellow
Production, s.r.o., Paper Street Media,
LLC, Neptune Media, LLC, MediaME
SRL, and Midus Holdings, Inc.*

Jacqueline Chung
jacqueline.chung@whitecase.com
WHITE & CASE LLP
1221 Ave. of the Americas
New York, NY 10020
(212) 819 7844

Sean Gorman
sean.gorman@whitecase.com
WHITE & CASE LLP

4

609 Main Street, Suite 2900
Houston, TX  77002
(713) 496-9676

*Counsel for Plaintiffs WebGroup Czech Republic, a.s., NKL Associates, s.r.o., Sonesta Technologies, s.r.o., and Sonesta Media, s.r.o.*