# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 15, 2025

Before

**FRANK H. EASTERBROOK**, *Circuit Judge*
**ILANA DIAMOND ROVNER**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*

|  |  |
|---|---|
| No. 24-2174 | FREE SPEECH COALITION, INC., et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>TODD ROKITA,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-00980-RLY-MG<br>Southern District of Indiana, Indianapolis Division<br>District Judge Richard L. Young | |

Upon consideration of the **JOINT STATUS REPORT**, filed on July 11, 2025, by counsel for the parties,

**IT IS ORDERED** that the request for summary disposition is **GRANTED**. In light of the Supreme Court's decision in *Free Speech Coalition, Inc. v. Paxton*, No. 23–1122 (June 27, 2025), the decision of the district court is vacated, and the case is remanded with instructions to enter judgment for the defendant.

form name: **c7_Order_3J**     (form ID: **177**)